Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas
Central Division

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 16 2023

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

Atcha Moody
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

SEE ATTACHED
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 4:23-cv-570-JM
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

This case assigned to District Judge __Moody__
and to Magistrate Judge __Kearney__

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Atcha Moody
   Street Address: 3321 S Bowman Rd apt 1041
   City and County: Little Rock, Pulaski
   State and Zip Code: Arkansas 72211
   Telephone Number: (501) 519-7652
   E-mail Address: atchamoody200@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
　Name: Experian Information Solutions, Inc
　Job or Title (if known):
　Street Address: 124 West Capitol Avenue, Suite 1900
　City and County: Little Rock, Pulaski
　State and Zip Code: Arkansas 72201
　Telephone Number: 1-888-397-3742
　E-mail Address (if known):

Defendant No. 2
　Name: Trans Union, LLC
　Job or Title (if known):
　Street Address: 300 S Spring St #900, 300 Spring building
　City and County: Little Rock, Pulaski
　State and Zip Code: Arkansas 72201
　Telephone Number: 1-800-916-8800
　E-mail Address (if known):

Defendant No. 3
　Name: Equifax Information Services, LLC
　Job or Title (if known):
　Street Address: 300 S Spring St #900, 300 Spring Building
　City and County: Little Rock, Pulaski
　State and Zip Code: Arkansas, 72201
　Telephone Number: 1-800-349-5191
　E-mail Address (if known):

Defendant No. 4
　Name: Procollect, Inc
　Job or Title (if known):
　Street Address: 4250 N Venetian Lane
　City and County: Fayetteville, Washington
　State and Zip Code: Arkansas 72703
　Telephone Number:
　E-mail Address (if known):

SEE ATTACHED for Defendant #5

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_SEE ATTACHED_

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.



SEE ATTACHED

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE ATTACHED

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06-16-23

Signature of Plaintiff: *Atena Nudy*

Printed Name of Plaintiff: Atena Nudy

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

**Defendants:**

EXPERIAN INFORMATION SOLUTIONS, INC, TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, PROCOLLECT, INC AND ENHANCED RECOVERY COMPANY, LLC

**Defendant No. 5**

Name: ENHANCED RECOVERY COMPANY, LLC

Job or Title (if known)

Street Address: 300 S. SPRING ST #900, 300 SPRING BUILDING

City and County: Little Rock, Pulaski

State and Zip Code: Arkansas, 72201

Telephone Number:

Email address (if known)

**Specific federal statues, federal treaties, and/or provisions of the United State Constitution that are at issue in this case.**

15 USC 1681e(b), 15 USC 1681i, 15 USC 1681 c-2, 15 USC 1681i(7), 15 USC 1681b(a)(2), 15 USC 1681(a)(4), 15 USC 1681i(5)(a)(1), 15 USC 1681 s-2(6)(b), 15 USC 1681 s-2(2)(b) and 15 USC 1681b of the Fair Credit Reporting Act

15 USC 1692b(2), 15 USC 1692b(5), 15 USC 1692j(a), 15 USC 1692d(1) 15 USC 1692d(2), 15 USC 1692c(c), 15 USC 1692c(a)(1), 15 USC 1692g(3), 15 USC 1692g(4), 15 USC 1692j(a), 15 USC 1692d(2), 15 USC 1692(d)(1), 15 USC 1692f(1) of the Fair Debt Collection Practices Act

**Statement of claim**

EXPERIAN INFORMATION SOLUTIONS, INC (EXPERIAN), TRANS UNION LLC (TRANS UNION) and EQUIFAX INFORMATION SERVICES LLC, Inc (EQUIFAX) are consumer reporting agencies that collect and maintain information on consumer's credit histories and financial behaviors. As consumer reporting agencies, EXPERIAN, TRANS UNION and EQUIFAX are subject to the regulations and requirements of the Fair Credit Reporting Act. EXPERIAN, TRANS UNION and EQUIFAX have recklessly violated multiple sections of the Fair Credit Reporting Act.

EXPERIAN, TRANS UNION and EQUIFAX violated 15 USC 1681e(b) of the Fair Credit Reporting Act by failing to follow procedures to ensure maximum possible accuracy of the information concerning me in my consumer report.

 Between 06-17-22 and 06-15-23, I sent EXPERIAN, TRANS UNION and EQUIFAX multiple dispute letters using the Consumer Finance Protection Bureau (CFPB) portal. I asked EXPERIAN, TRANS UNION and EQUIFAX to reinvestigate the accuracy of accounts they furnished in my consumer file, provide to me their method of verification and remove the inaccurate disputed accounts. I put EXPERIAN, TRANS UNION and EQUIFAX on notice that I was a victim of identity theft and that the accounts in question did not belong to me. I provided a copy of my identity theft report from the Federal Trade Commission with my letters. EXPERIAN, TRANS UNION and EQUIFAX responded to me by saying they verified that the accounts belonged to me and meet the standards of the Fair Credit Reporting Act. EXPERIAN, TRANS UNION and EQUIFAX deleted some of the accounts I disputed after conducting a reinvestigation. Some of the accounts that I have disputed remain in my consumer file today.  EXPERIAN, TRANS UNION and EQUIFAX are reporting inaccurate accounts despite being notified that they are inaccurate and do not meet the standards of the Fair Credit Reporting Act. I outlined the differences between the dates of last activity, balance, dates opened and account statuses of the accounts that remain on my EXPERIAN, TRANS UNION and EQUIFAX consumer files. I explained to EXPERIAN, TRANS UNION and EQUIFAX that the accounts I disputed were reporting conflicting information. I asked EXPERIAN, TRANS UNION and EQUIFAX to provide me a description of the method they used to verify the accounts in question. EXPERIAN, TRANS UNION nor EQUIFAX provided me a description

of the procedure used to determine the accuracy and completeness of the information they furnished in my consumer file. I put EXPERIAN, TRANS UNION and EQUIFAX on notice that if they failed to reinvestigate and remove these accounts that I would file a lawsuit and seek remedy for all damages caused to me. I informed EXPERIAN, TRANS UNION and EQUIFAX many times in my letters that they were violating the Fair Credit Reporting Act and being willfully negligent. I explained to EXPERIAN, TRANS UNION and EQUIFAX how much stress and depression they were causing me. I have been denied credit on multiple occasions because of the inaccurate consumer reports EXPERIAN, TRANS UNION and EQUIFAX have furnished. I sent EXPERIAN, TRANS UNION and EQUIFAX letters from creditors stating they denied me due to information furnished in my consumer file. I filed attorney general complaints against EXPERIAN, TRANS UNION and EQUIFAX. I filed multiple complaints to the Consumer Finance Protection Bureau concerning the inaccuracies in my consumer files. The banking system is dependent upon fair and accurate credit reporting. Because of EXPERIAN, TRANS UNION and EQUIFAX'S willful negligence and failure to reinvestigate, I have been denied credit opportunities. I have experienced embarrassment and humiliation because of EXPERIAN, TRANS UNION and EQUIFAX'S inaccurate credit reporting.  I cannot obtain credit cards, loans, or get approved for housing because EXPERIAN, TRANS UNION and EQUIFAX have furnished accounts on my consumer reports that don't belong to me and don't meet the standards of the Fair Credit Reporting Act. EXPERIAN, TRANS UNION and EQUIFAX have caused creditors to believe that I owe debts that I don't owe. EXPERIAN, TRANS UNION and EQUIFAX have caused me severe depression. I have been writing to EXPERIAN, TRANS UNION and EQUIFAX for over 11 months about this matter. I have lost many nights of sleep and have developed anxiety because EXPERIAN, TRANS UNION and EQUIFAX is reporting inaccurate information in my consumer files acting willfully negligent. EXPERIAN, TRANS UNION and EQUIFAX'S negligent actions have caused me to lose faith in the banking system.  I have developed insomnia due to constant worry about the defamation of character that EXPERIAN, TRANS UNION and EQUIFAX have caused. I'm constantly depressed because I can't get approved by lenders to buy a house, finance a car, or get approved for credit accounts due to EXPERIAN, TRANS UNION and EQUIFAX's reporting negative accounts that don't belong to me on my consumer report. I've had to spend thousands of dollars per month on Uber and cab services because lenders won't approve me to buy a car based on my credit reports from EXPERIAN, TRANS UNION and EQUIFAX.

I've experienced financial loss, depression, and loss of credit opportunity because EXPERIAN, TRANS UNION and EQUIFAX have failed to reinvestigate the accuracy of accounts that they are reporting on my consumer report. I've made EXPERIAN, TRANS UNION and EQUIFAX aware of all of the mental anguish they have caused, yet they've been intentional in neglecting my consumer rights. EXPERIAN, TRANS UNION and EQUIFAX violated 15 USC 1681i of the Fair Credit Reporting Act by failing to conduct a reinvestigation to determine whether the disputed information is inaccurate or delete the items from my consumer file. EXPERIAN, TRANS UNION and EQUIFAX violated 15 USC 1681 c-2 of the Fair Credit Reporting Act by failing to remove accounts that were the result of identity theft within 4 days of receipt. Experian, Transunion and Equifax has violated 15 USC 1681i(7) of the Fair Credit Reporting Act by failing to provide to me a description of the procedure used to determine the accuracy and completeness of a reinvestigation. EXPERIAN, TRANS UNION and EQUIFAX violated 15 USC 1681b (a)(2) of the Fair Credit Reporting Act because I never gave either company written instructions to furnish a consumer report for me. EXPERIAN, TRANS UNION and EQUIFAX violated 15 USC 1681(a)(4), by not exercising their grave responsibilities with fairness, impartiality and respect for my right to privacy. EXPERIAN, TRANS UNION and EQUIFAX violated 15 USC 1681i (5)(a)(1) by failing to delete inaccurate information from my consumer file after reinvestigation. There is a soft credit inquiry from Enhanced Recovery Company on my TRANS UNION consumer report. TRANS UNION allowed Enhanced Recovery Company, a third-party debt collector to access my credit report without permissible purpose on 11-18-22. TRANS UNION allowed Enhanced Recovery Company to infringe on my right to privacy. I did not receive a written notice from TRANS UNION or Enhanced Recovery Company informing me that my credit report was requested or accessed prior to my credit report being obtained. On 04-16-23, I submitted a complaint to the CFPB about EXPERIAN, TRANS UNION and EQUIFAX reporting the account, Carmax on my consumer report. TRANS UNION responded to the complaint on 05-24-23 and stated that Carmax had been deleted from my consumer report. TRANS UNION was not truthful in their response. On 05-22-23, TRANS UNION sent me a letter stating that Carmax had been previously deleted and reinserted back to my credit report. EXPERIAN responded to the complaint on 06-15-23 and stated that Carmax was not showing on my credit file. On 05-24-23, EXPERIAN sent me an email stating that the previous block on the account, Carmax had been rescinded and they will not investigate my dispute again.

On 05-30-23, Equifax responded to the CFPB complaint I filed against them and stated that Carmax was not reporting on my credit report. EQUIFAX was not truthful in their response. On 05-18-23, EQUIFAX sent me a letter stating that the previously removed account, Carmax was reinserted on my Equifax credit file. EXPERIAN, TRANS UNION and EQUIFAX reported false information to the Consumer Finance Protection Bureau. I pulled my credit reports from EXPERIAN, TRANS UNION and EQUIFAX today using Smart Credit and Carmax is still furnished on my credit reports.

ENHANCED RECOVERY COMPANY, LLC (ERC) is a third-party debt collector that specializes in the collection of delinquent debts on behalf of other businesses. As a debt collector, ENHANCED RECOVERY COMPANY, LLC is subject to the regulations and requirements of the Fair Debt Collection Practices Act (FDCPA). ENHANCED RECOVERY COMPANY, LLC is reporting to EXPERIAN INFORMATION SOLUTIONS, LLC that I owe a debt. Therefore, ENHANCED RECOVERY COMPANY, LLC is subject to the regulations and requirements of the Fair Credit Reporting Act. ENHANCED RECOVERY COMPANY, LLC has failed to validate the alleged debt that they are reporting in my consumer file to Experian. On November 23, 2022, ENHANCED RECOVERY COMPANY, LLC sent me a letter stating that they were attempting to collect a debt that originated with AT&T. On December 4, 2022 , I sent ENHANCED RECOVERY COMPANY, LLC a debt validation and cease and desist letter. On 12-19-22, ENHANCED RECOVERY COMPANY, LLC sent me a letter stating they received my documentation but were unable to effectively associate an account with the correspondence received. It has been almost six months since ENHANCED RECOVERY COMPANY, LLC said they cannot associate an account with the correspondence they received from me. ENHANCED RECOVERY COMPANY, LLC has failed to validate the alleged debt. ENHANCED RECOVERY COMPANY, LLC continues to report this account to EXPERIAN INFORMATION SOLUTIONS, LLC. Upon checking my TRANS UNION credit report, I noticed that ENHANCED RECOVERY COMPANY, LLC requested and accessed my credit report without having permissible purpose on 11-18-22. I never gave ENHANCED RECOVERY COMPANY, LLC permission to access my credit report. ENHANCED RECOVERY COMPANY, LLC actions have violated my right to privacy, sections of the Fair Debt Collection Practices Act and Fair Credit Reporting Act.

ENHANCED RECOVERY COMPANY, LLC violated 15 USC 1692c(a)(1) of the FDCPA by contacting me without my consent at an inconvenient time. It is never a convenient time for a third-party debt collector to contact me about an alleged debt without my permission. ENHANCED RECOVERY COMPANY, LLC violated 15 USC 1692b(2) of the FDCPA by contacting me, Azcha Moody and stating that AZCHA MOODY owes a debt. ENHANCED RECOVERY COMPANY, LLC violated 15 USC 1692b(5) of the FDCPA by using a symbol in the contents of communication that indicates they are in the debt collection business. ENHANCED RECOVERY COMPANY, LLC violated 15 USC 1692j(a) of the FDCPA by furnishing a form that created the false belief that AT&T is participating in the collection of the alleged debt. ERC violated 15 USC 1692d(1) of the FDCPA by reporting an invalidated account on my consumer report to EXPERIAN INFORMATION SOLUTIONS, INC. ENHANCED RECOVERY COMPANY, LLC violated 15 USC 1692d(2) of the FDCPA by using obscene language in their initial letter to me. ENHANCED RECOVERY COMPANY, LLC has violated has violated 15 USC 1692d(1) by reporting to consumer reporting agencies that I owe an outstanding debt. Alleging and stating that I owe a debt is obscene and abusive language to me. ENHANCED RECOVERY COMPANY, LLC violated 15 USC 1681b of the Fair Credit Reporting Act by requesting and accessing my TRANS UNION credit report without permissible purpose. ENHANCED RECOVERY COMPANY, LLC has caused me mental anguish and anxiety because they are reporting an invalidated debt to EXPERIAN and I have suffered financially. I am not able to get approved for loans or credit cards because my credit score has been impacted due to ENHANCED RECOVERY COMPANY, LLC'S reporting to EXPERIAN INFORMATION SOLUTIONS, INC that I owe invalidated debt.

PROCOLLECT, INC is a third-party debt collector. PROCOLLECT, INC is subject to the regulations and requirements of the Fair Debt Collection Practices Act. PROCOLLECT, INC is furnishing information about an alleged debt I owe to Transunion and Experian, therefore PROCOLLECT, INC is subject to the regulations of the Fair Credit Reporting Act. I checked my TRANS UNION, and EXPERIAN consumer reports in July of 2022. I noticed that PROCOLLECT, INC was reporting a collection account and alleging that I owe a debt. I sent PROCOLLECT, INC a letter asking that they validate the alleged debt and cease and desist all collection and credit reporting activities. PROCOLLECT, INC

received my cease and desist and debt validation letter on 07-28-22 and responded by sending me a copy of a lease agreement and asking that I send a payment via mail immediately. PROCOLLECT, INC attached a copy of a lease agreement between "AZCHA BROWN" and Rainey Realty, stating that the debt in question was true and valid. I responded to PROCOLLECT, INC by sending an affidavit of truth along with an invoice to pay for 8 federally protected consumer rights violations. On 09-01-22, I filed a complaint with the Consumer Finance Protection Bureau and attached copies of the debt validation letter, cease and desist letter, and affidavit of truth and invoice. PROCOLLECT, INC responded to my complaint that the debt was valid. PROCOLLECT, INC sent me another letter on 11-11-22 asking for payment via mail and another copy of a lease agreement between "AZCHA BROWN and Rainey Realty. PROCOLLECT, INC has defaulted on paying the invoice sent on 09-01-22. PROCOLLECT, INC has violated 15 USC 1692c (c) of the FDCPA by responding to my cease and desist order with a request for payment.  PROCOLLECT, INC did not cease collection activity and further attempted to collect on a debt that has been disputed by me. I informed PROCOLLECT, INC that I was a victim of identity theft and provided a copy of my identity theft report on 09-01-22 via the CFPB. PROCOLLECT, INC continues to furnish information to Experian and Transunion despite being put on notice that I am a victim of identity theft. Therefore, PROCOLLECT, INC has violated 15 USC 1681 s-2 (6)(b) of the Fair Credit Reporting Act. After being put on notice that the information PROCOLLECT, INC reported about me was inaccurate, PROCOLLECT, INC t continued and continues to report an invalidated debt to consumer reporting agencies. This violates 15 USC 1681 s-2 (2)(B) of the Fair Credit Reporting Act. PROCOLLECT, INC t has violated 15 USC 1692b(2) of the FDCPA by stating that I owe a debt. PROCOLLECT, INC has violated 15 USC 1692 b(5) of the FDCPA by using a symbol in the contents of communication that indicates  they are in the debt collection business. PROCOLLECT, INC has infringed on my right to privacy by sending me a copy of a lease agreement without being a party to the contract. PROCOLLECT, INC has violated 15 USC 1692c (a)(1) of the FDCPA by communicating with me without my consent. It is not usual for me to be contacted by a debt collection company. PROCOLLECT, INC has violated 15 USC 1692g(3) of the FDCPA, and 15 USC 1692g(4) of the FDCPA. When PROCOLLECT, INC initially contacted me on 07-28-22, they did not state that unless I disputed the validity of the debt, the debt will be assumed valid. PROCOLLECT, INC did not state in the initial communication on 07-28-22 that if I dispute in writing within the thirty-day period that the debt is disputed,

then they will obtain verification of the debt and provide me a copy via mail. PROCOLLECT, INC has violated 15 USC 1692j(a) of the Fair Debt Collection Practice Act by furnishing a form to create the false belief in me that Rainey Realty is participating in the attempt to collect a debt. PROCOLLECT, INC has violated 15 USC 1692d(2) of the FDCPA by using obscene language. To say that I owe a debt is obscene language and as a consequence, it abuses me, the reader. PROCOLLECT, INC has violated 15 USC 1692f(1) of the Fair Debt Collection Practices Act by attempting to collect a debt without the amount being expressly authorized by the agreement or lease creating the debt. PROCOLLECT, INC has violated 15 USC 1692d(1) by reporting to consumer reporting agencies that I owe an outstanding debt. PROCOLLECT, INC has harmed my reputation and caused me financial injury.  On 05-31-23, I sent PROCOLLECT, INC a notice of default and opportunity to cure letter along with a notarized affidavit of truth and an updated invoice. PROCOLLECT, INC has failed to respond to me. PROCOLLECT, INC has caused me mental anguish. I'm unable to get approved for a house, credit cards and loans because PROCOLLECT, INC is reporting I owe a debt that I don't owe.

**Relief**

I ask that the court orders $90,000 in actual damages to me for EXPERIAN INFORMATION SOLUTIONS, INC, TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC, PROCOLLECT, INC, and ENHANCED RECOVERY COMPANY, LLC causing me to be denied for credit, financial loss, severe depression and  mental anguish, increased out of pocket expenses and damaging my financial reputation.  I ask that the court orders $50,000 in punitive damages for violations of the Fair Credit Reporting Act and Fair Debt Collection Practice Act including willful negligence, failing to reinvestigate,  not following procedures to ensure maximum accuracy and reporting inaccuracies information on my consumer report, infringement of privacy, failing to validate an alleged debt, violating a cease and desist order, using a symbol in the contents of mail that indicates the debt collector is in the debt collection business, using obscene language, and accessing my consumer report without permissible purpose. EXPERIAN INFORMATION SOLUTIONS INC, TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES, LLC are currently reporting inaccurate

accounts in my consumer files. PROCOLLECT, INC is currently reporting that I owe a debt to TRANS UNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC. ENHANCED RECOVERY COMPANY, LLC is currently reporting that I owe a debt to EXPERIAN INFORMATION SOLUTIONS, INC. I am still unable to get approved for credit cards, loans and housing. I feel I am entitled to this amount because I have suffered financially and mentally for 11 months due to EXPERIAN INFORMATION SOLUTIONS, INC, TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC, PROCOLLECT, INC and ENHANCED RECOVERY COMPANY LLC'S willful negligence and unlawfulness.