## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**AZCHA MOODY**                                                                                    **PLAINTIFF**

**V.**                                  **CASE NO. 4:23-cv-570-JM**

**EXPERIAN INFORMATIN
SOLUTIONS, INC.,** *et al.*                                                                         **DEFENDANTS**

### ORDER

The joint motion to stay deadlines pending settlement negotiations as to Defendant Experian Information Solutions, Inc. only (Doc. 32) is GRANTED. The parties are directed to update the Court on the status of their settlement negotiations by close of business Monday, October 9, 2023.

IT IS SO ORDERED this 11th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE