**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**AZCHA MOODY**                                                                            **PLAINTIFF**

**V.**                                        **CASE NO. 4:23-cv-570-JM**

**EXPERIAN INFORMATION**
**SOLUTIONS, INC.,** *et al.*                                                **DEFENDANTS**

<u>**ORDER**</u>

Azcha Moody's notice of voluntary nonsuit against the sole remaining defendant Enhanced

Recovery Company, LLC (Doc. 45) is appreciated.   Moody's claims against Enhanced Recovery

Company, LLC are dismissed without prejudice.   Moody's claims against all other defendants are

dismissed with prejudice. The clerk is directed to close the case.

IT IS SO ORDERED this 29th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE