IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AZCHA MOODY**                                                                                           **PLAINTIFF**

V.                                         CASE NO. 4:23-cv-570-JM

**EXPERIAN INFORMATION
SOLUTIONS, INC.,** *et al.*                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED WITHOUT PREJUDICE against Enhanced Recovery, LLC, and DISMISSED WITH PREJUDICE against Experian Information Solutions, Inc., Trans Union, LLC, Equifax Information Services, LLC, and ProCollect, Inc..

IT IS SO ADJUDGED this 29th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE